```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BECKLEY
```

**STEVEN KEITH CALIM,**

    **Plaintiff,**

**v.**                                       **CIVIL ACTION NO. 5:02-1399**

**DR. MAZIO, et al.,**

    **Defendants.**

<u>**MEMORANDUM OPINION AND ORDER**</u>

By Standing Order entered on May 20, 2002, and filed in this case on December 3, 2002, this matter was referred to United States Magistrate Judge R. Clarke VanDervort.  Pursuant to 28 U.S.C. § 636(b)(1)(B), the Standing Order directs Magistrate Judge VanDervort to submit proposed findings and recommendation concerning the disposition of this matter.  Magistrate Judge VanDervort submitted his Proposed Findings and Recommendation on January 25, 2006, and proposed that this court (1) confirm and accept the magistrate judge's findings, (2) dismiss this civil action with prejudice, and (3) direct the Clerk to remove this matter from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Proposed Findings and Recommendation.  Neither party filed any objections to the magistrate judge's proposed findings.  The failure of any party to file objections within the appropriate time frame

constitutes a waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985).

Having reviewed the Findings and Recommendation filed by Magistrate Judge VanDervort, the court (1) **CONFIRMS** and **ACCEPTS** the magistrate judge's findings; (2) **DISMISSES** this civil action with prejudice; and (3) **DIRECTS** the Clerk to remove this action from the active docket of this court. The Clerk is further directed to forward a certified copy of this Memorandum Opinion and Order to all counsel of record and the plaintiff, pro se.

IT IS **SO ORDERED** this 13th day of February, 2006.

ENTER:

David A. Faber
United States District Judge